IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| **ANTHONY DELANE MOORE,** | : | CASE NO. **17-59650**-PMB |
| | : | |
| Debtor. | : | |
| _ _ _ _ _ _ _ _ _ | : | _ _ _ _ _ _ _ _ _ _ |
| NICHOLAS FINANCIAL, INC., | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| ANTHONY DELANE MOORE, Debtor; and ADAM M. GOODMAN, Trustee, | : | |
| | : | |
| Respondents. | : | |
| | : | |
| | : | |
| | : | |

## AMENDED MOTION FOR RELIEF FROM AUTOMATIC STAY

NOW COMES NICHOLAS FINANCIAL, INC. (the "Movant") and moves this Court for relief from the automatic stay and shows the Court as follows:

1.

On June 2, 2017, Anthony Delane Moore ("Debtor") filed a Voluntary Petition pursuant to 11 U.S.C. Chapter 13, and said case is pending before this Court.

2.

Movant has a claim in this case secured by a first priority lien against Debtor's vehicle, to wit: 2012 Chevrolet Malibu (the "Collateral").The approximate payoff is $13,224.98. Debtor is due in the amount of $4,043.83 in past due payments. Debtor is due for the 11/15/2016 payment. Contract interest rate is 23 Percent. Contract payments are $368.00 monthly.

3.

Movant is in possession of the 2012 Chevrolet Malibu.

4.

Movant does not have proof of insurance protecting its interest in the Collateral or has been advised that there is no insurance in force.

5.

Debtor does not have equity in the Collateral and the Collateral is not necessary to a reorganization that is in prospect. NADA values is $9475.00.

6.

It appears that there are no junior lienholders with an interest in the Collateral as indicated in the Debtor's schedules.

7.

Cause exists including the lack of adequate protection to grant Movant relief from the automatic stay so as to authorize Movant to recover and dispose of the Collateral. Movant requests the right to file an amended proof of claim after liquidation of the Collateral. The Debtor's proposed plan pays $12085 at 5 percent at $200 per month until confirmation then $400 per month. The plan should be amended to pay the claim in full at an interest rate of at least 7 percent to protect Movant against the risk of default.

8.

Movant requests that Bankruptcy Rule 4001(a)(3) be waived.

9.

Movant has no proof of full coverage insurance protecting its interest in the Collateral.

WHEREFORE, Movant prays that this Court:

(a) Hold a hearing pursuant to this Motion within thirty (30) days as is required under 11 U.S.C. Section 362(e);

(b) Grant Movant relief from the automatic stay under 11 U.S.C. Section 362(d) so as to allow Movant to recover and dispose of the Collateral and to apply the net proceeds generated therefrom to its claim in this case, and if the disposition results in a deficiency, amend its claim filed in this case, subject to objection;

(c) Rule 4001(a)(3) be waived; and

(d) Grant such other and further relief as the Court deems to be just and proper.

This July 3, 2017.

                                The Law Office of
                                LEFKOFF, RUBIN, GLEASON & RUSSO, P.C.
                                Attorneys for Movant


                                By: /s/Andrew D. Gleason
                                        Andrew D. Gleason
                                        Georgia State Bar No. 297122

5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342
(404) 869-6900
agleason@lrglaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| **ANTHONY DELANE MOORE,** | : | CASE NO. **17-59650**-PMB |
| | : | |
| Debtor. | : | |
| ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ | : | ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ |
| NICHOLAS FINANCIAL, INC., | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| ANTHONY DELANE MOORE, Debtor; and ADAM M. GOODMAN, Trustee, | : | |
| | : | |
| Respondents. | : | |
| | : | |

## CERTIFICATE OF SERVICE

     The undersigned, Andrew D. Gleason, hereby certifies that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that I served the AMENDED MOTION FOR RELIEF FROM AUTOMATIC STAY on the following parties 1) electronically, if allowed by and pursuant to the requirements of local rule, or 2) by depositing same in the United States Mail in properly addressed envelope(s) with adequate postage to all others, as follows:

Anthony Delane Moore
240 Tamea Trail
Covington, GA 30014

Adam M. Goodman
Chapter 13 Trustee
260 Peachtree Street
Suite 200
Atlanta, GA 30303

     This July 3, 2017.

        The Law Office of
        LEFKOFF, RUBIN, GLEASON & RUSSO, P.C.
        Attorneys for Movant

        By: /s/Andrew D. Gleason
            Andrew D. Gleason
            Georgia State Bar No. 297122

5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342
(404) 869-6900
agleason@lrglaw.com

| Rough Trade-In | Average Trade-In | Clean Trade-In | Body Type | Model Number | MSRP | Weight | Clean Loan | Clean Retail |
|---|---|---|---|---|---|---|---|---|

**CHEVROLET** — page 56

| 23475 | 25700 | 27575 | Convertible 2D 2LT | Y(B/F)3 | 56745 | 3221 | 24825 | 30175 |
| 23675 | 25900 | 27775 | Convertible 2D 3LT | Y(C/G)3 | 62595 | 3221 | 25000 | 30375 |
| 25025 | 27300 | 29200 | Convertible 2D 4LT | Y(D/H)3 | 66095 | 3221 | 26300 | 31850 |
| 25350 | 27625 | 29525 | Convertible 2D Anniversary | Y(1/2)3 | 67520 | 3221 | 26575 | 32175 |
| 27525 | 29825 | 31750 | Convertible 2D GS LT | Y(P/U)3 | 59600 | 3289 | 28575 | 34475 |
| 30550 | 32900 | 34875 | Convertible 2D GS 2LT | Y(R/V)3 | 61745 | 3289 | 31400 | 37700 |
| 30250 | 32600 | 34575 | Convertible 2D GS 3LT | Y(S/W)3 | 67595 | 3289 | 31125 | 37400 |
| 32125 | 34500 | 36475 | Convertible 2D GS 4LT | Y(T/X)3 | 71095 | 3289 | 32850 | 39350 |
| 32450 | 34825 | 36825 | Convertible 2D GS Anniversary | Y(3/4)3 | 72520 | 3289 | 33150 | 39700 |
| 41925 | 44425 | 46525 | Convertible 2D 427 | YY3 | 75925 | 3355 | 41875 | 49875 |
| 43250 | 45775 | 47875 | Convertible 2D 427 1SB | Y23 | 81925 | 3355 | 43100 | 51250 |
| 43275 | 45800 | 47900 | Convertible 2D 427 1SC | Y83 | 85425 | 3355 | 43125 | 51275 |
| 45575 | 48125 | 50250 | Convertible 2D 427 Anniversary | Y73 | 88500 | 3355 | 45225 | 53675 |

Add Certified Pre-Owned — Trade-In/Loan 2175   Add Removable Glass Roof — 800 900
Add Magnetic Ride (Std. 427) — 1200 1350

**2012 SONIC-4 Cyl.** — Mileage Class: I

| 3250 | 4075 | 4750 | Hatchback 5D LS | J(A/B)6 | 14535 | 2568 | 4275 | 6725 |
| 3400 | 4250 | 4925 | Hatchback 5D LT | J(C/D)6 | 15735 | N/A | 4450 | 6925 |
| 4275 | 5175 | 5900 | Hatchback 5D LTZ | J(E/F)6 | 17235 | N/A | 5325 | 8025 |
| 3050 | 3875 | 4525 | Sedan 4D LS | J(A/B)5 | 13735 | 2568 | 4075 | 6475 |
| 3375 | 4200 | 4875 | Sedan 4D LT | J(C/D)5 | 14935 | N/A | 4400 | 8875 |
| 4200 | 5075 | 5800 | Sedan 4D LTZ | J(E/F)5 | 16535 | N/A | 5225 | 7900 |

Add 1.4L 4 Cyl. Turbo Engine — 375 425    Add Power Sunroof — 475 550
Add Certified Pre-Owned — 575    Ded W/out Automatic Trans. — 500 500
Add Cruise Control (Std. LTZ) — 150 175

**2012 CRUZE-4 Cyl.** — Mileage Class: I

| 4700 | 5600 | 6325 | Sedan 4D Fleet | PE5 | 18195 | N/A | 5700 | 8575 |
| 4350 | 5250 | 5975 | Sedan 4D LS | P(C/D)5 | 16720 | N/A | 5400 | 8200 |
| 4950 | 5875 | 6625 | Sedan 4D LT | P(F/L)5 | 18475 | 3102 | 5975 | 8925 |
| 5325 | 6275 | 7025 | Sedan 4D 2LT | P(G/M)5 | 20605 | N/A | 6325 | 9350 |
| 4750 | 5650 | 6375 | Sedan 4D Eco | P(J/K)5 | 19245 | N/A | 5750 | 8650 |
| 6200 | 7175 | 7950 | Sedan 4D LTZ | PH5 | 23110 | N/A | 7175 | 10350 |

Add Aluminum/Alloy Wheels (LS) — 300 350   Add Pioneer Stereo System — 250 300
Add Certified Pre-Owned — 650   Add Power Seat (Std. 2LT, LTZ) — 225 250
Add Cruise (Std. LT, Eco, LTZ) — 150 175   Add Power Sunroof — 475 550
Add Navigation System — 425 475   Ded W/out Automatic Trans. — 500 500

**2012 MALIBU-4 Cyl.** — Mileage Class: II

| 5150 | 6175 | 7000 | Sedan 4D LS Fleet | ZA5 | 22085 | 3432 | 6300 | 9475 |
| 4650 | 5625 | 6425 | Sedan 4D LS | ZB5 | 21995 | 3432 | 5800 | 8850 |
| 5175 | 6200 | 7025 | Sedan 4D LT | ZC5 | 23355 | 3421 | 6275 | 9500 |
| 5500 | 6525 | 7375 | Sedan 4D 2LT | ZD5 | 26185 | 3421 | 6650 | 9900 |
| 6375 | 7450 | 8325 | Sedan 4D LTZ | ZE5 | 28485 | N/A | 7500 | 10925 |
| 5925 | 6975 | 7825 | Sedan 4D LT (V6) | ZF5 | 28185 | N/A | 7050 | 10400 |
| 6625 | 7600 | 8475 | Sedan 4D LTZ (V6) | ZG5 | 30085 | 3473 | 7650 | 11100 |

Add A/A Wheels (Std. LT, LTZ) — 350 400   Add Power Sunroof (Std. LTZ) — 525 600
Add Certified Pre-Owned — 725
Add Power Seat — 250 300
(Std. 2LT, LT V6, LTZ)

**2012 IMPALA-V6** — Mileage Class: III

| 3150 | 4175 | 5025 | Sedan 4D Police | WD5 | 26990 | N/A | 4525 | 6425 |
| 4850 | 6000 | 6950 | Sedan 4D LS Fleet | WF5 | 25065 | 3555 | 6275 | 8625 |
| 4925 | 6075 | 7025 | Sedan 4D LS | WA5 | 25645 | 3555 | 6325 | 8700 |
| 5200 | 6375 | 7350 | Sedan 4D LT Fleet | WG5 | 26215 | 3555 | 6625 | 9050 |
| 5475 | 6675 | 7675 | Sedan 4D LT | WB5 | 27170 | 3555 | 6925 | 9425 |
| 6175 | 7425 | 8450 | Sedan 4D LTZ | WC5 | 30185 | 3649 | 7625 | 10275 |

**CHEVROLET** — page 57

Add Aluminum/Alloy Wheels — Trade-In/Loan 400 450   Add Certified Pre-Owned — 675
(Std. LS, LT, LTZ)   Add Power Sunroof — 575 650

**2012 CAPRICE-V6**

| 6000 | 7225 | 8250 | Sedan 4D Police | MK5Q3 | 30670 | 4259 | 7425 | 11050 |
| 6150 | 7375 | 8400 | Sedan 4D Police (V8) | MK5Q2 | 30670 | 4259 | 7575 | 11225 |

Add Aluminum/Alloy Wheels — 400 450   Add Certified Pre-Owned — 800

**2012 CAMARO-V6** — Mileage Class: II

| 8925 | 10100 | 11050 | Coupe 2D LS | F(A/E)1 | 23200 | 3769 | 9950 | 12750 |
| 10375 | 11600 | 12575 | Coupe 2D LT | F(B/F)1 | 25200 | 3741 | 11325 | 14375 |
| 11225 | 12475 | 13475 | Coupe 2D 2LT | F(C/G)1 | 28350 | 3741 | 12150 | 15325 |
| 10925 | 12150 | 13150 | Convertible 2D LT | F(B/F)3 | 30100 | N/A | 11850 | 14975 |
| 11800 | 13050 | 14075 | Convertible 2D 2LT | F(C/G)3 | 34100 | N/A | 12675 | 15950 |
| 13900 | 15200 | 16250 | Coupe SS (V8, 6 Spd/AT) | F(J/S)1 | 31850 | 3860 | 14625 | 18250 |
| 15125 | 16475 | 17550 | Coupe 2SS (V8, 6 Spd/AT) | F(J/S)1 | 31850 | 3860 | 14625 | 18250 |
| 24125 | 25600 | 26800 | Coupe ZL1 (V8, 6 Spd/AT) | F(K/T)1 | 35450 | 3860 | 15800 | 19600 |
| 14725 | 16050 | 17125 | Conv SS (V8, 6 Spd/AT) | F(J/S)1 | 54095 | N/A | 24125 | 29175 |
| 16000 | 17350 | 18450 | Conv 2SS (V8, 6 Spd/AT) | F(J/S)3 | 37900 | N/A | 15425 | 19150 |
|  |  |  | Conv ZL1 (V8, 6 Spd/AT) | F(K/T)3 | 40600 | N/A | 16625 | 20525 |

Add RS Package — 700 800   Add Certified Pre-Owned — 1225
Add Alum/Alloy Wheels (LS) — 350 400   Add Power Sunroof — 525 600
Add Boston Acoustics Stereo — 300 350   Ded W/out Automatic Trans. (V6) — 600 600
(Std. 2LT, 2SS, ZL1)

**2012 VOLT-4 Cyl.** — Mileage Class: III

| 5775 | 7000 | 8000 | Sedan 4D | R(A/E)6 | 39145 | 3781 | 7200 | 10175 |
| 6350 | 7600 | 8625 | Sedan 4D Navigation | R(C/G)6 | 41635 | 3781 | 7775 | 10875 |
| 6075 | 7300 | 8325 | Sedan 4D Premium | R(B/F)6 | 40540 | N/A | 7500 | 10525 |
| 6675 | 7950 | 9000 | Sedan 4D Premium Navigation | R(D/H)6 | 43030 | 3781 | 8100 | 11275 |

Add Bose Stereo (Std. Nav) — 350 400   Add Certified Pre-Owned — 800

**2012 CORVETTE-V8-6 Spd./AT** — Mileage Class: V

| 16950 | 19025 | 20750 | Coupe 2D LT | Y(A/E)2 | 49525 | 3208 | 18675 | 23250 |
| 18525 | 20625 | 22400 | Coupe 2D 2LT | Y(B/F)2 | 51620 | 3208 | 20175 | 24975 |
| 18625 | 20725 | 22500 | Coupe 2D 3LT | Y(C/G)2 | 55520 | 3208 | 20250 | 25075 |
| 20075 | 22225 | 24025 | Coupe 2D 4LT | Y(D/H)2 | 59020 | 3208 | 21625 | 26675 |
| 23500 | 25725 | 27600 | Coupe 2D GS LT | Y(P/U)2 | 55925 | 3311 | 24850 | 30400 |
| 25050 | 27325 | 29225 | Coupe 2D GS 2LT | Y(R/V)2 | 58020 | 3311 | 26325 | 32075 |
| 24775 | 27025 | 28925 | Coupe 2D GS 3LT | Y(S/W)2 | 61920 | 3311 | 26050 | 31775 |
| 26625 | 28925 | 30850 | Coupe 2D GS 4LT | Y(T/X)2 | 65420 | 3311 | 27775 | 33750 |
| 36550 | 38975 | 41000 | Hardtop 2D Z06 | YJ2 | 75525 | 3175 | 36900 | 44200 |
| 36075 | 40525 | 42575 | Hardtop 2D Z06 2LZ | YK2 | 79835 | 3175 | 38325 | 45800 |
| 39150 | 41625 | 43675 | Hardtop 2D Z06 3LZ | YL2 | 84340 | 3175 | 39325 | 46925 |
| 18800 | 20925 | 22700 | Convertible 2D LT | Y(A/E)3 | 54525 | 3221 | 20450 | 25275 |
| 21625 | 23825 | 25650 | Convertible 2D 2LT | Y(B/F)3 | 56620 | 3221 | 23100 | 28375 |
| 21725 | 23925 | 25750 | Convertible 2D 3LT | Y(C/G)3 | 62520 | 3221 | 23175 | 28475 |
| 23200 | 25425 | 27275 | Convertible 2D 4LT | Y(D/H)3 | 65020 | 3221 | 24550 | 30050 |
| 25550 | 27825 | 29725 | Convertible 2D GS LT | Y(P/U)3 | 59525 | 3289 | 26775 | 32600 |
| 28400 | 30725 | 32675 | Convertible 2D GS 2LT | Y(R/V)3 | 61620 | 3289 | 29425 | 35625 |
| 28500 | 30825 | 32775 | Convertible 2D GS 3LT | Y(S/W)3 | 67520 | 3289 | 29500 | 35750 |
| 29975 | 32325 | 34275 | Convertible 2D GS 4LT | Y(T/X)3 | 71020 | 3289 | 30850 | 37275 |

Add Certified Pre-Owned — Trade-In/Loan 2075
Add Magnetic Ride Control — 1200 1350   Add Removable Glass Roof — 700 800

**2011 AVEO-L4** — Mileage Class: I

| 1400 | 2075 | 2625 | Hatchback 5D LS (5 Spd.) | TD6 | 12115 | 2568 | 2375 | 4525 |
| 1775 | 2475 | 3050 | Hatchback 5D LT | TD6 | 14250 | N/A | 2750 | 5050 |
| 2100 | 2850 | 3450 | Hatchback 5D 2LT | TG6 | 15365 | N/A | 3125 | 5525 |
| 1650 | 2350 | 2925 | Sedan 4D LS (5 Spd.) | TD5 | 11965 | 2568 | 2650 | 4900 |

JUN 2017 H