

**IT IS ORDERED as set forth below:**

**Date: July 10, 2017**

_Paul Baisier_

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| **ANTHONY DELANE MOORE**, | : | CASE NO. **17-59650**-PMB |
| | : | |
| Debtor. | : | |
| — — — — — — — — — — —— | : | — — — — — — — — — — — |
| | : | |
| NICHOLAS FINANCIAL, INC., | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| ANTHONY DELANE MOORE, Debtor; | : | |
| and ADAM M. GOODMAN, Trustee, | : | |
| | : | |
| Respondents. | : | |
| | : | |
| | : | |

**ORDER**

This matter came on for hearing July 6, 2017, on the _Motion for Relief from Automatic_

_Stay_ ("Motion") filed on June 21, 2017, by Nicholas Financial, Inc.("Motion")("Movant")(Doc.

Case 17-59650-pmb    Doc 19    Filed 07/11/17    Entered 07/11/17 09:46:06    Desc Main
Document    Page 2 of 3

No. 16).  Movant claims a security interest in Debtor's vehicle: 2012 Chevrolet Malibu (the "Collateral").  Movant, by counsel, filed a Certificate of Service and contends proper service of the Motion.  Neither Debtor nor Chapter 13 Trustee opposed the Motion; accordingly, it is hereby

ORDERED that the automatic stay imposed under 11 U.S.C. Section 362 is modified to the extent necessary to allow Movant to recover and dispose of the Collateral in a commercially reasonable manner, to pay the expenses of disposition and the lawful claim of Movant, and to remit to Trustee any remaining sale proceeds.; alternatively, if the disposition results in a deficiency, Movant may amend its claim filed in this case, subject to objection. The Court ORDERS that Rule 4001(a)(3) does not apply.

[END OF DOCUMENT]

PREPARED and PRESENTED BY:                       NO OPPOSITION TO:
The Law Office of
LEFKOFF, RUBIN, GLEASON &                         Chapter 13 Trustee
RUSSO, P.C.
Attorneys for Movant


By: _____/S/_____                     By: _____/S/_____ *with express permission*
     Andrew D. Gleason                                   Jason L. Rogers
     Ga. State Bar No. 297122                            Ga. State Bar No. 142575
                                                      Office of the Chapter 13 Trustee
5555 Glenridge Connector                              260 Peachtree Street
Suite 900                                             Suite 200
Atlanta, Georgia  30342                               Atlanta, GA 30303
(404) 869-6900
agleason@lrglaw.com

**DISTRIBUTION LIST**

Andrew D. Gleason, Esq.
Lefkoff, Rubin, Gleason & Russo, P.C.
5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342

Anthony Delane Moore
240 Tamea Trail
Covington, GA 30014

Adam M. Goodman
Chapter 13 Trustee
260 Peachtree Street
Suite 200
Atlanta, GA 30303